UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARTH ALLEN EDBORG,

                Plaintiff,

   v.

SKAGIT COUNTY COMMUNITY
JUSTICE CENTER,

                Defendant.

Case No. C19-1078-RSM-MLP

REPORT AND RECOMMENDATION

Proceeding *pro se*, Plaintiff has filed a proposed civil rights complaint pursuant to 42 U.S.C. § 1983. By letter dated July 11, 2019, Plaintiff was granted 30 days to either pay the filing fee or submit a completed application to proceed *in forma pauperis* ("IFP"), along with a certified copy of his prison trust account statement showing transactions for the past six months. (Dkt. # 2.) Plaintiff was advised that failure to respond to the letter by August 12, 2019, could result in dismissal of the case. *Id.*

To date, Plaintiff has neither paid the filing fee nor corrected the IFP deficiency. Accordingly, the Court recommends this action be DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914. A proposed order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION - 1

1  Objections to this Report and Recommendation, if any, should be filed with the Clerk and
2  served upon all parties to this suit by no later than **September 11, 2019**. Objections, and any
3  response, shall not exceed 12 pages. Failure to file objections within the specified time may
4  affect your right to appeal. Objections should be noted for consideration on the District Judge's
5  motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if
6  any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no
7  timely objections are filed, the matter will be ready for consideration by the District Judge on the
8  date that objections were due.

9  Dated this 20th day of August, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2