UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARTH ALLEN EDBORG,

                Plaintiff,

    v.

SKAGIT COUNTY COMMUNITY
JUSTICE CENTER,

                Defendant.

Case No. 19-1078-RSM

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)      The Court ADOPTS the Report and Recommendation.

(2)      This action is DISMISSED without prejudice for failure to pay the filing fee.

(3)      The Clerk is directed to send copies of this Order to Plaintiff and Judge Peterson.

Dated this 16 day of September 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE